The record is before us without a statement of facts or bill of exceptions. The indictment is sufficient to charge the offense and procedural matters appear to be in order.

fense and all procedural matters seem to be in due order.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## WILCOXSON v. STATE.
### No. 20075.

Court of Criminal Appeals of Texas.

Jan. 4, 1939.

Rehearing Denied Feb. 8, 1939.

## LIVELY v. STATE.
### No. 20079.

Court of Criminal Appeals of Texas.

Jan. 4, 1939.

Rehearing Denied Feb. 8, 1939.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

The record is before us without a statement of facts or bill of exceptions. The indictment is sufficient to charge the of-

Floyd Harry, of Farmersville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is transporting whisky in a dry area; the punishment, a fine of $400.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.